No. 72–6493. BONAFINI *v.* NEW JERSEY ET AL., 412 U. S. 908;

No. 72–6506. SMITH *v.* CALIFORNIA, 412 U. S. 915;

No. 72–6641. CRENSHAW *v.* JAMES ET AL., 412 U. S. 952; and

No. 72–6673. OAKES *v.* BLACK, REFORMATORY SUPERINTENDENT, 412 U. S. 952. Petitions for rehearing denied.

No. 71–507. KEYES ET AL. *v.* SCHOOL DISTRICT No. 1, DENVER, COLORADO, ET AL., 413 U. S. 189. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 71–1192. GOLDSTEIN ET AL. *v.* CALIFORNIA, 412 U. S. 546. Motion of International Tape Manufacturers Assn. for leave to file a brief as *amicus curiae* out of time granted. Petition for rehearing denied.

No. 71–1422. KAPLAN *v.* CALIFORNIA, 413 U. S. 115. Motions of Association of American Publishers, Inc., et al., American Library Assn., and Authors League of America for leave to file briefs as *amici curiae* in support of rehearing granted. Petitions for rehearing denied.

No. 71–1599. COOK COUNTY COLLEGE TEACHERS UNION, LOCAL 1600, AMERICAN FEDERATION OF TEACHERS, AFL–CIO, ET AL. *v.* BYRD ET AL., 409 U. S. 848;

No. 72–761. UNITED STATES *v.* McGRATH, 412 U. S. 936;

No. 72–1415. RICHTER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, 412 U. S. 925;

No. 72–5588. McCRAY *v.* WARDEN, MARYLAND PENITENTIARY, 409 U. S. 1112;

No. 72–6436. SAVAGE *v.* UNITED STATES, 412 U. S. 930; and

No. 72–6543. OLIVER *v.* SHAPP, GOVERNOR OF PENN-

SYLVANIA,. ET AL., 412 U. S. 930. Motions for leave to file petitions for rehearing denied.

No. 71–5856. CACAVAS v. GENERAL MOTORS CORP., ET AL., 405 U. S. 993. Motion for leave to file petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 72–549. SCHOOL BOARD OF CITY OF RICHMOND, VIRGINIA, ET AL. v. STATE BOARD OF EDUCATION OF VIRGINIA ET AL., 412 U. S. 92; and

No. 72–550. BRADLEY ET AL. v. STATE BOARD OF EDUCATION OF VIRGINIA ET AL., 412 U. S. 92. Petitions for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.

No. 72–804. FRI, ACTING ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. SIERRA CLUB ET AL., 412 U. S. 541. Motions of State of Utah and Utah Power & Light Co. for leave to file petitions for rehearing as *amici curiae* denied. MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 72–1259. TEITELBAUM v. CALIFORNIA, 412 U. S. 946. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 72–1352. IN RE BAKER, 412 U. S. 919. Motion to dispense with printing petition for rehearing granted. Motion for leave to file petition for rehearing denied.

No. 72–6197. SHOEMAKER v. DWYER ET AL., 412 U. S. 902, 963. Motion for leave to file second petition for rehearing denied.

OCTOBER 10, 1973 .

No. 72–1701. SHAPIRO v. FERRANDINA, U. S. MARSHAL. C. A. 2d Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.